

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAY - 2 2017

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA

v.

JOHNATHON DEONTRE SMITH

CRIMINAL NO.

**3 - 17 CR - 2 5 9 - D**

## INDICTMENT

The Grand Jury charges:

### Count One
### Sex Trafficking of Children
(Violation of 18 U.S.C. § 1591(a) and (b)(2))

From on or about January 23, 2017 through on or about February 6, 2017, in the

Dallas Division of the Northern District of Texas and elsewhere, the defendant,

**Johnathon Deontre Smith**, knowingly recruited, enticed, harbored, transported,

provided, obtained, advertised, maintained, patronized, or solicited by any means, in and

affecting interstate commerce, Jane Doe, who had not attained the age of 18 years, and

**Smith**, having had a reasonable opportunity to observe Jane Doe, acted knowingly or in

reckless disregard of the fact that Jane Doe had not attained the age of 18 years and that

Jane Doe would be caused to engage in a commercial sex act.

In violation of 18 U.S.C. § 1591(a)( and (b)(2)).

Forfeiture Notice
(18 U.S.C. § 1594(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment,

defendant **Johnathon Deontre Smith** shall forfeit to the United States, any property, real

or personal, that was used or intended to be used to commit or to facilitate the

commission of such violation and any property, real or personal, constituting or derived

from, any proceeds that such person obtained, directly or indirectly, as a result of such

violation.

A TRUE BILL

FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

NICOLE DANA
Assistant United States Attorney
Texas State Bar No. 24062268
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Telephone: 214-659-8694
Facsimile: 214-659-8805
Email: nicole.dana@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

JOHNATHON DEONTRE SMITH

INDICTMENT

18 U.S.C. § 1591(a) and (b)(2)
Sex Trafficking of Children

18 U.S.C. § 1594(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

1 Count

A true bill rendered

DALLAS                                                                          FOREPERSON

Filed in open court this 2nd day of May, 2017.

**Warrant to be Issued**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending